McGillick, Appellant, *v.* Pittsburgh, Appellant.

Argued April 27, 1964.  Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

582

*Charles F. McKenna,* with him *Strassburger & McKenna,* for appellant and appellee.

*David W. Craig,* City Solicitor, for City of Pittsburgh, appellant and appellee.

OPINION PER CURIAM, September 29, 1964:
Order affirmed.